UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TYNEARIA A. VARLACK

                               Plaintiff,

              -against-

CUBA A. HANNAH,

                              Defendant.

23-CV-7425 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

    Plaintiff filed this action *pro se*. On January 22, 2024, she submitted a letter to the court stating that she would like to voluntarily withdraw this action. (ECF No. 5.) The Court grants Plaintiff's request. The Court therefore dismisses this action without prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

**CONCLUSION**

    Plaintiff's request to withdraw this action (ECF No. 5) is granted. The Court dismisses this action without prejudice. *See* Fed. R. Civ. P. 41(a). All other pending matters in this case are terminated. This order closes this action.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   February 12, 2024
           New York, New York

                                                /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                        Chief United States District Judge